**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DONALD KOSTER; YVONNE KOSTER; JUDITH HULSANDER; RICHARD VERMILLION; and PATRICIA VERMILLION,

        Plaintiffs,

v.                                          Case No. 5:14-cv-689-Orl-37PRL

LANDMARK AMERICAN INSURANCE COMPANY,

        Defendant.

**ORDER**

This cause is before the Court on Plaintiffs' Unopposed Motion to Extend Expert Report Deadlines, Discovery Cutoff[,] and Dispositive Motion Deadline and Incorporated Memorandum of Law (Doc. 55), filed March 10, 2016.

Following the resolution of a dispositive jurisdictional issue, the Court recently issued an Amended Case Management and Scheduling Order, which extended all then-remaining dates and deadlines in this action. (Doc. 50 ("**Amended CMSO**").) Plaintiffs now request that the Court: (1) extend the amended deadlines for disclosure of expert reports until sixty (60) days after the Court rules on Plaintiffs' Renewed Motion to Compel (Doc. 56); and (2) extend the amended discovery and dispositive motion deadlines accordingly. (Doc. 55.)

Upon consideration, the Court finds that Plaintiffs have shown good cause for an extension. Plaintiffs' Motion is, therefore, due to be granted in part as follows: (1) the deadline for disclosure of Plaintiffs' expert reports is extended until May 6, 2016; (2) the

deadline for disclosure of Defendant's expert reports is extended until May 20, 2016; (3) the discovery deadline is extended until July 1, 2016; and (4) the dispositive motion deadline is extended until August 1, 2016. All other dates and deadlines in the Amended CMSO will remain in effect. Counsel are advised that these extensions may not be used as a basis for any future continuances.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Unopposed Motion to Extend Expert Report Deadlines, Discovery Cutoff[,] and Dispositive Motion Deadline and Incorporated Memorandum of Law (Doc. 55) is **GRANTED IN PART** as set forth in this Order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 15, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record