**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DONALD KOSTER, YVONNE KOSTER, JUDITH HULSANDER, RICHARD VERMILLION and PATRICIA VERMILLION,**

    **Plaintiffs,**

v.                                                              **Case No: 5:14-cv-689-Oc-37PRL**

**LANDMARK AMERICAN INSURANCE COMPANY**

    **Defendant.**

## ORDER

Before the Court is Defendant's unopposed motion to extend its expert disclosure deadline. (Doc. 67). Defendant requests an extension to serve its expert disclosures, along with a period of two weeks in which the parties may conduct expert depositions (if needed). Upon due consideration, Defendant's unopposed motion (Doc. 67) is **GRANTED**. Defendant may file its expert disclosures on or before **July 11, 2016**, and the parties may conduct expert depositions until on or before **July 25, 2016**.

**DONE** and **ORDERED** in Ocala, Florida on June 10, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

- 2 -

Unrepresented Parties